UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN BELL TELEPHONE
COMPANY d/b/a AT&T MICHIGAN,
    Plaintiff,

v.      Case No. 09-12577

ORJIAKOR N. ISIOGU, Chairman,      Honorable Patrick J. Duggan
MONICA MARTINEZ, Commissioner, and
STEVEN TRANSETH, Commissioner, in
their official capacities; SPRINT
COMMUNICATIONS COMPANY, L.P.;
SPRINT SPECTRUM L.P.; and NEXTEL
WEST CORP.,
    Defendants.
                                            /

## JUDGMENT

This matter is before the Court on cross motions for summary judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' motions for summary judgment are granted and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

                                          s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Date: March 2, 2010
copies to:
William J. Champion, III, Esq.
Spencer A. Sattler, Esq.
Haran C. Rashes, Esq.
Joseph C. Cavender, Esq.
Roderick S. Coy, Esq.
Thomas E. Maier, Esq.